Louis Unger, his guardian ad litem, against T. A. Gillespie Company. No opinion. Judgment unanimously affirmed, with costs.

UNION ESTATES CO., Appellant, v. ADLON CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by the Union Estates Company against the Adlon Construction Company and others. L. F. Levy, of New York City, for appellant. J. W. Weed, of New York City, for respondents. No opinion. Judgment (84 Misc. Rep. 599, 147 N. Y. Supp. 783) affirmed, with costs. Order filed.

UNIVERSAL DISCOUNT CO., Appellant, v. CORN EXCHANGE BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Universal Discount Company against the Corn Exchange Bank. I. Gainsburg, of New York City, for appellant. M. Meyers, of New York City, for respondent. No opinion. Judgment and order (148 N. Y. Supp. 83) affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1148.

In re VANDERPOEL. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Augustus G. Vanderpoel. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

VAN DUSEN, Respondent, v. NORTHWESTERN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Anna B. Van Dusen, as administratrix, etc., against the Northwestern Mutual Life Insurance Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE and MERRELL, JJ., dissent, upon the ground that, so far as the verdict is to the effect that Parkinson caused or directed the anvil to be thrown from the platform, it is contrary to and against the weight of the evidence. Had he done so, he would not have acted within the scope of his employment. See, also, 155 App. Div. 946, 140 N. Y. Supp. 1149.

VANDYKE v. WEBB. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Robert Vandyke against James N. Webb, as surviving executor. No opinion. Motion denied, with $10 costs. Order filed.

VAN TUYL v. ALEXANDER et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by George C. Van Tuyl, as superintendent, etc., against Annie N. Alexander, as executrix, etc., impleaded. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1116.

VAUGHAN, Respondent, v. TRANSIT DEVELOPMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Timothy Vaughan against the Transit Development Company.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J., not voting.

VAUGHAN, Respondent, v. VAUGHAN, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Charlotte Vaughan against Edward Vaughan. W. L. Bunnell, of New York City, for appellant. A. J. Hiers, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to renew as stated in order. Order filed.

VICKERS, Respondent, v. MIDTOWN CONTRACTING CO., Inc., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Minnie R. Vickers, as administratrix, etc., against the Midtown Contracting Company, Incorporated. No opinion. Motion for reargument (of 149 N. Y. Supp. 1116) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

VORON, Respondent, v. CHAIT, Appellant et al. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Isaac Voron against Sabbatia Chait, impleaded with others. A. C. Cass, of New York City, for appellant. M. Grossfield, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1116.

VORON, Appellant, v. CHAIT, Respondent, et al. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Isaac Voron against Sabbatia Chait, impleaded. A. C. Cass, of New York City, for appellant. L. I. Grossfield, of New York City, for respondent. No opinion. Appeal dismissed, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 433, 1116.

In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Voron & Chait, Incorporated. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1116.

In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of Voron & Chait, Incorporated. No opinion. Reargument (of 150 N. Y. Supp. 1116) ordered.

VULCAN DETINNING CO. v. ASSMAN et al. (two cases). (Supreme Court, Appellate Division, First Department. December 11,